1504

[Cite as *03/31/2003 Case Announcements*, 2003-Ohio-1573.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 31, 2003

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0143.   State ex rel. Wilson v. Lucas Cty. Common Pleas Court.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to consolidate Supreme Court case Nos. 2003–0143, 2003–0144, 2003–0145, 2003–0146, 2003–0148, and 2003–0149, and respondents' motion to dismiss,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that respondents' motion to dismiss be, and hereby is, sustained.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

The court finds that relator, Kenneth Jay Wilson, has abused his indigency status under S.Ct. Prac.R. XV(3) by filing numerous frivolous original actions for extraordinary relief. Accordingly,

IT IS FURTHER ORDERED by the court that the Clerk of this court shall not accept for filing any additional original actions under S.Ct.Prac.R. X from Kenneth Jay Wilson, unless accompanied by the docket fee and security deposit required by S.Ct.Prac.R. XV(1) and (2).

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0144.   State ex rel. Wilson v. Jepson.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to consolidate Supreme Court case Nos. 2003–0143, 2003–0144, 2003–0145, 2003–0146, 2003–0148, and 2003–0149, and respondents' motion to dismiss,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that respondents' motion to dismiss be, and hereby is, sustained.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

The court finds that relator, Kenneth Jay Wilson, has abused his indigency status under S.Ct. Prac.R. XV(3) by filing numerous frivolous original actions for extraordinary relief. Accordingly,

IT IS FURTHER ORDERED by the court that the Clerk of this court shall not accept for filing any additional original actions under S.Ct.Prac.R. X from Kenneth Jay Wilson, unless accompanied by the docket fee and security deposit required by S.Ct.Prac.R. XV(1) and (2).

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0145.   State ex rel. Wilson v. Goodman.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to consolidate Supreme Court case Nos. 2003–0143, 2003–0144, 2003–0145, 2003–0146, 2003–0148, and 2003–0149, and respondents' motion to dismiss and respondent's motion for general order restricting respondent's pro se original actions in Ohio Supreme Court,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that respondents' motion to dismiss be, and hereby is, sustained.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

The court finds, sua sponte, that relator, Kenneth Jay Wilson, has abused his indigency status under S.Ct.Prac.R. XV(3) by filing numerous frivolous original actions for extraordinary relief. Accordingly,

IT IS FURTHER ORDERED by the court that the Clerk of this court shall not accept for filing any additional original actions under S.Ct.Prac.R. X from Kenneth Jay Wilson, unless accompanied by the docket fee and security deposit required by S.Ct.Prac.R. XV(1) and (2).

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.